IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARYANN CORSA,**

    **Plaintiff,**

v.                                             No. 11-cv-377-DRH

**J.C. PENNEY, CORP., INC.,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 19). The Court hereby acknowledges the stipulation and finds that all of plaintiff's' claims plead in the complaint against defendant are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

Signed this 31st day of May, 2012.

David R. Herndon
2012.05.31
15:57:52 -05'00'

                                **Chief Judge**
                                **United States District Court**