IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARYANN CORSA,

    Plaintiff,

-vs-

J. C. PENNEY, CORP., INC.,

    Defendant.               NO. 11-CV-377-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 31, 2012, this case is **DISMISSED** with prejudice in its entirety. Each party shall bear their own fees and costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                              Deputy Clerk

Dated: June 4, 2012

Digitally signed by David R. Herndon
Date: 2012.06.04 12:51:56 -05'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT